**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 97-50459**
_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**CHRISTOPHER WAYNE GOODALL,**

**Defendant-Appellant.**

_____

Appeal from the United States District Court
for the Western District of Texas
(P-97-CR-10)
_____

May 12, 1998

Before POLITZ, Chief Judge, REAVLEY, and JONES, Circuit Judges.

PER CURIAM:[*]

The court has carefully considered appellant's contention that the marijuana obtained from appellant's vehicle should be suppressed because the federal agents lacked reasonable suspicion to stop appellant's car on January 5, 1997. Having reviewed the district court's comprehensive memorandum opinion in light of the briefs, pertinent portions of the record, and the informative arguments of counsel, we find no reversible error of fact or law.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

The judgment of conviction is **AFFIRMED.**